
FILED IN OPEN COURT
ON 2-13-13 BG
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:12-mj-1099

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER FOR DISMISSAL |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| Clinton T Bess | ) | |

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason:

Mr. Bess provided my office with evidence indicating he was in compliance with the restrictions of the BT-9 bombing range and did not pass through prohibited waters.

SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This the 13 day of February, 2013.

United States Magistrate Judge